UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THERESA LYNN CAMPBELL,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE CITY OF COEUR D' ALENE, an Idaho Municipal Corporation, COEUR D'ALENE POLICE DEPARTMENT, COEUR D'ALENE POLICE CHIEF WAYNE LONGO, OFFICER SPENCER MORTENSEN, OFFICER JUSTIN SHIFLETT, JOHN DOES 3-10,<br><br>                    Defendants. | Case No. 2:09-CV-403-BLW<br><br>  **ORDER** |

The Court has before it Defendants' First Daubert Motion in Limine to Exclude the Testimony of Plaintiff's Expert Witness, Victoria Purviance (Dkt. 26).  The motion is unopposed.  Accordingly, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1.    Defendants' First Daubert Motion in Limine to Exclude the Testimony of

      Plaintiff's Expert Witness, Victoria Purviance (Dkt. 26) is **GRANTED**.

      Victoria Purviance may not testify at trial, and her expert report may not be

used at trial.

DATED: **January 5, 2011**



B. LYNN WINMILL
Chief U.S. District Court Judge